UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>RAMIRO ALCAZAR-BARAJAS,<br>　　　　　Defendant. | Case No. 5:13-CR-00726 EJD (HRL)<br><br>**ORDER RE DISCOVERY** |

　　　　This matter was referred to the undersigned to address a dispute over discovery defendant seeks in connection with his pending "Motion to Dismiss Indictment or to Suppress Statements." Upon consideration of the parties' respective discovery reports (Dkt. Nos. 55-56), as well as the arguments presented at the August 20, 2014 hearing, this court rules as follows:

　　　　Defendant essentially seeks discovery that may show whether the U.S. Attorney's Office (USAO) colluded with other law enforcement agencies to prolong his detention for the USAO's benefit. The government says it has already produced a lot of discovery. It argues that defendant has made a flimsy showing for anything more, contending that his collusion theory is purely speculative and implausible. Indeed, if it were not for the October 17, 2013 email---which could be read to mean any number of things---this court would be disinclined to order any discovery at all. Given the very slender reed upon which defendant's requested discovery hangs, this court will not endorse his document requests, which are overbroad. The court instead directs the USAO to

1  search its files for the following:  Communications between the USAO and Homeland Security
2  Investigations or between the USAO and ICE that suggest that the USAO looked to, talked to, or
3  requested that ICE detain defendant or continue his detention in order to give the USAO more
4  time to prepare its federal criminal charges.

5  To the extent there are any responsive, non-privileged documents, they shall be produced
6  within 14 days from the date of this order.[1]

7  **SO ORDERED**.

8  Dated:   August 21, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] If there are any responsive documents that the government claims are privileged or otherwise shielded from discovery, both sides seem to contemplate a second stage of these discovery proceedings to address any such issues.

2

5:13-cr-00726-EJD-1 Notice has been electronically mailed to:

Heather Marie Angove    Heather_Angove@fd.org, nanetta_mendoza@fd.org

Philip Andrew Kopczynski    philip.kopczynski@usdoj.gov